UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**UNITED STATES v. JOSHUA KANE**    Docket. No. 20-440    SBI: 546036E

## PETITION FOR WRIT OF HABEAS CORPUS

1. JOSHUA KANE, SBI#: 546036E, DOB: 9/18/1995 is now confined at ESSEX COUNTY JAIL, 354 Doremus Avenue, Newark, NJ 07105.

2. Said individual will be required at NEWARK, New Jersey, before the Hon. Susan D. Wigenton for an arraignment via VIDEOCONFERENCE on Monday, September 27, 2021 at 1:00 p.m. A Writ of Habeas Corpus should be issued for that purpose.

DATED: September 22, 2021

/s/ Angelica M. Sinopole
ANGELICA M. SINOPOLE
ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.

DATED: September 22, 2021

Hon. Susan D. Wigenton
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Essex County Jail, Newark, New Jersey

WE COMMAND YOU that you have the body of

JOSHUA KANE, SBI#: 546036E, DOB: 9/18/1995

now confined at the ESSEX COUNTY JAIL, 354 Doremus Avenue, Newark, NJ 07105, be brought before the United States District Court, Hon. Susan D. Wigenton for an arraignment via VIDEOCONFERENCE on Monday, September 27, 2021 at 1:00 p.m. so that he may appear for in the above-captioned matter.

WITNESS Susan D. Wigenton
UNITED STATES DISTRICT JUDGE
Newark, New Jersey

DATED: September 22, 2021

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: Carmen D. Soto
Deputy